1  **JONATHAN W. BIRDT**
2  18252 Bermuda Street
   Porter Ranch, CA 91326
3  Telephone:   (818) 400-4485
   Facsimile:   (818) 428-1384
4  jon@jonbirdt.com
5  Attorney for Plaintiff

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10

11  Taran Tactical Innovations, LLC        )   **CASE NO. 2:15-cv-2889**
                                           )
12                                         )
                        Plaintiff,         )   COMPLAINT FOR PATENT
13                                         )   INFRINGEMENT
                                           )
14   vs.                                   )
                                           )   JURY TRIAL DEMANDED
15   Adrian Cobb                           )
                                           )
16                      Defendants.        )
    _____       )
17

18

19

20

21  COMES NOW Plaintiff, who alleges violation of Patent Rights by Defendants:

22  1.     Plaintiff, Taran Tactical Innovations, LLC is headquartered and has as its'

23         principal place of Business, in California.

24  2.     Defendant Adrian Cobb is a resident of California who claims to have designed

25         and is actively marketing a copy of Plaintiffs design without permission or

26         license.

27  3.     The amount in controversy, without interest and costs, exceeds the sum or

28         value specified by 28 U.S.C. § 1332.


                            COMPLAINT - 1

4.  On March 9, 2014, United States Patent No. 7,509,767 was issued to the plaintiff for an invention of magazine base plates.  The plaintiff owned the patent throughout the period of the defendant's infringing acts and still owns the patent.

5.  The defendant has infringed and is still infringing the Patent by making, selling, and using base plates that embody the patented invention, and the defendant will continue to do so unless enjoined by this court.

6.  The plaintiff has complied with the statutory requirement and has given the defendant written notice of the infringement.

7.  Defendant has manufactured a magazine base plate identical to that Patented by Plaintiff.

8.  Defendant contends that he has a Patent Application pending on his product.

9.  Defendant contends that his change of the securing pin from the center to side constitutes a new and unique creation independently entitled to Patent protection.

10. Defendant has not filed a Patent application.

11. Defendant is marketing and selling an improved base pad for attachment to an open bottom of a magazine tube having a pair of side walls, a pair of end walls and a lip on each of the side walls at the bottom of the magazine tube.

12. Defendant is marketing and selling an improved base pad with a pin that engages one of the end walls of the magazine tube to secure said base pad to the bottom of the magazine tube when in an engaged position and allowing separation of said base pad from the magazine tube when in a disengaged position.

13. Defendant contends that, although the products are identical, the fact that he has moved the pin to the side so that it engages the end wall at the lip, instead of the center, that it is somehow. unique.

1   Wherefore, Plaintiff prays for:

2        (a)    a preliminary and final injunction against the continuing  infringement;

3        (b)    an accounting for damages; and

4        (c)    interest and costs.

5

6   April 19th, 2015

7                                                        __/s/_____

8                                                        Jonathan W. Birdt

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28