Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone:  (818) 715-7025
Facsimile:   (818) 715-7033

Thomas F. Lebens (Cal. Bar No. 167816)
tlebens@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
100 Cross Street, Suite 203A
San Luis Obispo, California 93401
Telephone:  (805) 548-1800
Facsimile:   (805) 980-3483

Attorneys for Defendant,
ADRIAN COBB

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARAN TACTICAL INNOVATIONS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>ADRIAN COBB,<br><br>           Defendant. | Case No.: 2:15-cv-02889-GW-VBK<br><br>DEFENDANT ADRIAN COBB'S ANSWER AND DEFENSES<br><br>JURY TRIAL DEMANDED |

Defendant, Adrian Cobb, by and through its undersigned counsel, submits this response to the Complaint ("Complaint") filed by Plaintiff, Taran Tactical Innovations, LLC, on April 19, 2015.  To the extent not expressly admitted below, Defendant denies every allegation of the Complaint.

1

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 1 and, on that basis, denies them.

2. Defendant admits that he is a resident of California. Defendant denies the remaining allegations of Paragraph 2.

3. Defendant denies the allegations of paragraph 3.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 regarding purported ownership of U.S. Patent No. 7,509,767, and, on that basis, denies them. Defendant denies the remaining allegations of Paragraph 4.

5. Defendant denies the allegations of paragraph 5.

6. Defendant admits that Plaintiff sent Defendant a letter alleging infringement of U.S. Patent No. 7,509,767. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 6 and, on that basis, denies them.

7. Defendant denies the allegations of paragraph 7.

8. Defendant admits that it has a patent application pending on his product.

9. Defendant admits that he believes that his invention constitutes a new and unique creation independently entitled to patent protection. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 9 and, on that basis, denies them.

10. Defendant denies the allegation of paragraph 10.

11. Defendant admits the allegations of paragraph 11.

12. Defendant admits that he is marketing and selling an improved base pad. Defendant denies the remaining allegations of paragraph 12.

13. Defendant admits that his product is unique. Defendant denies the remaining allegations of paragraph 13.

Defendant denies that Plaintiff is entitled to any relief as requested in paragraphs (a) – (c). To the extent that Plaintiff's prayer for relief includes any factual allegations, Defendant denies those allegations.

## Defenses

Defendant asserts the following defenses without waiver, limitation or prejudice, and without assuming any burden of proof that it would not otherwise have under the law. In addition to the defenses described below, Defendant reserves the right to assert additional defenses as they become known through further investigation and discovery.

## First Defense - Noninfringement

1. Defendant has not infringed and does not infringe any claim of U.S. Patent No. 7,509,767.

## Second Defense - Invalidity

2. The claims of U.S. Patent No. 7,509,767 are invalid under one or more of 35 U.S.C. §§ 102, 103 and 112.

## Third Defense – Limitation of Damages

3. Any potential damages recovery is barred, in whole or in part, by 35 U.S.C. §§ 287 and/or 288.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered, Defendant prays for judgment as follows:

A. That the Court fully and finally dismiss Plaintiff's Complaint with prejudice and that Plaintiff take nothing from Defendant under the Complaint;

B. That the Court enter judgment in Defendant's favor and against Plaintiff, and declare that Defendant does not infringe U.S. Patent No. 7,509,767 and that such patent is invalid;

C. That the Court award Defendant its costs of suit;

D. That the Court find this case to be an exceptional case and award Defendant its attorneys' fees under 35 U.S.C. § 285 or otherwise; and

E. That the Court grant Defendant such other and further relief as the Court may deem just and proper.

## Reservation of Rights

Defendant's investigation is ongoing, and certain material information remains in the sole possession of Plaintiff or third parties, which will be obtained via discovery herein. Defendant expressly reserves the right to amend or supplement the causes of action set forth herein in accordance with Rule 15 of the Federal Rules of Civil Procedure.

Dated: May 27, 2015                          Respectfully submitted,

 /s/ Jon A. Birmingham
Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone:  (818) 715-7025
Facsimile:   (818) 715-7033

Thomas F. Lebens (Cal. Bar No. 167816)
tlebens@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
100 Cross Street, Suite 203A
San Luis Obispo, California 93401
Telephone:  (805) 548-1800
Facsimile:   (805) 980-3483

ATTORNEYS FOR DEFENDANT

## **Jury Demand**

Defendant demands trial by jury of all issues triable of right by a jury.

Dated:  May 27, 2015

Respectfully submitted,

 /s/ Jon A. Birmingham
Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone:  (818) 715-7025
Facsimile:   (818) 715-7033

Thomas F. Lebens (Cal. Bar No. 167816)
tlebens@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
100 Cross Street, Suite 203A
San Luis Obispo, California 93401
Telephone:  (805) 548-1800
Facsimile:   (805) 980-3483

ATTORNEYS FOR DEFENDANT

*707432*