JONATHAN W. BIRDT
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:   (818) 400-4485
Facsimile:   (818) 428-1384
jon@jonbirdt.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taran Tactical Innovations, LLC ) | CASE NO. 2:15-cv-2889 |
| ) | |
| Plaintiff, ) | EX PARTE APPLICATION TO |
| ) | DISMISS ACTION OR STAY MATTER |
| vs. ) | PENDING RESOLUTION OF STATE |
| ) | COURT ACTION |
| Adrian Cobb ) | |
| Defendants. ) | |
| _____ ) | |

    Plaintiff Respectfully requests that the Court Dismiss this action as the Parties have resolved all claims, but defendant now refuses to sign his own release necessitating a State court Breach of Contract and Potential Fraud Action.  Ex Parte Relief is required as Defendant is filing a Motion for Summary Judgment which would require substantial unnecessary resources to address.

    On August 12, 2015 Plaintiff accepted Defendants offer of Settlement, Defendant Drafted a Settlement agreement, advised that it had been personally approved by Defendant after an initial round of Drafting changes.  On August 13th, 2015 Plaintiff signed and returned Defendants settlement agreement.  Defendant having offered to settle, Plaintiff having accepted that offer without condition and then executing the agreement drafted by Defendant submits that this matter is fully

resolved and there is no longer a Patent controversy left for litigation.  therefore, Plaintiff respectfully requests that the Court Dismiss this action or stay it pending the completion of State Court Contract litigation upon the Settlement Agreement.

　　　/s/ _____
　　　Jonathan W. Birdt