**From:** **Jon Birmingham** Jbirmi@fitcheven.com
**Subject:** RE: Taran Tactical Innovations, LLC v. Adrian Cobb
**Date:** August 11, 2015 at 5:16 PM
**To:** Jonathan Birdt jon@jonbirdt.com
**Cc:** Thomas Lebens tom@fitcheven.com



Jon,

That is what we intended.

We will prepare a draft settlement agreement and try to get that to you tomorrow.

In view of the upcoming deadline for summary judgment briefing, we propose that the parties now agree to stipulate to extend the briefing schedule by three days in the event the parties cannot agree upon a settlement agreement.  In other words, both parties willing, we should have an executed settlement agreement by the end of the week.  If not, then the parties (through their counsel you and I) would file a stipulation to extend the SJ briefing dates by several days.

Best Regards,

Jon

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Tuesday, August 11, 2015 4:46 PM
**To:** Jon Birmingham <Jbirmi@fitcheven.com>
**Cc:** Thomas Lebens <tom@fitcheven.com>
**Subject:** Re: Taran Tactical Innovations, LLC v. Adrian Cobb

So long as the pin only engages the lip you have a deal.

Jon Birdt
818-400-4485


On Aug 11, 2015, at 4:32 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

> Jon,
>
> Our client declines your offer, and makes the following counter-proposal:
>
> royalty free, paid up license, notice on web site, sticks with the side pin design (no limits on magazine type or make)
>
> If you would like to discuss, please do not hesitate to contact me.
>
> Best Regards,
>
> Jon

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Tuesday, August 11, 2015 2:53 PM
**To:** Jon Birmingham <Jbirmi@fitcheven.com>
**Cc:** Thomas Lebens <tom@fitcheven.com>
**Subject:** Re: Taran Tactical Innovations, LLC v. Adrian Cobb

Jon,
I have confirmed my client will agree to settle on the following terms:
1. Your client can make side pin pads similar to the pads at issue in this litigation to fit his mags- can't fit any oem mag.
2. "Under license from tti, U.S. Patent # xxxx" on all printed and electronic media.
3. Each to bear their own fees and costs.
If you reply with "agreed" we can submit a joint stipulation to dismiss pursuant to this agreement.
Jon

Jon Birdt
818-400-4485


On Aug 11, 2015, at 1:34 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

> Jon,
>
> Following up our discussions yesterday regarding settlement, my recollection is that your client would be willing to settle this dispute if my client stuck with the side pin configuration and designed the pads for use with his magazines. Is that correct?
>
> Best Regards,
>
> Jon
>
> <Draft Letter to J_Birdt.pdf>