From: **Jonathan Birdt** jon@jonbirdt.com
Subject: Re: Taran Tactical Innovations, LLC v. Adrian Cobb
Date: August 13, 2015 at 3:45 PM
To: Jon Birmingham Jbirmi@fitcheven.com



Just got it.

8.    Cure.  In the event of any breach of this Agreement, the alleged breaching party shall have thirty days to cure the alleged breach upon notice of the alleged breach.

9.    Governing Law.  This Agreement shall be governed and construed in all respects according to the laws of the State of California (including applicable U.S. federal law) without giving effect to any conflict of laws principles.  The parties irrevocably agree and submit to the personal jurisdiction of the courts located in the State of California.  The parties agree that any suit for relief, claim or controversy brought under this Agreement must be brought in the federal or state courts located in California.

10.    Severability.  If any provision of this Agreement shall be held invalid or unenforceable to any extent under any applicable law or by any court of competent jurisdiction, the remaining provisions of this Agreement, or the application of such remaining provisions, shall remain enforceable consistent with the intents and purposes of the Agreement to the fullest extent permitted by law.

11.    Interpretation.  Nothing in this Agreement shall be construed as an admission by either party regarding the infringement or non-infringement, validity or invalidity, or enforceability or unenforceability, of the '767 patent.  Further, this Agreement shall be deemed drafted by all parties and shall not be construed against any of them because of any purported ambiguity.

12.    Entire Agreement; Amendments.  This Agreement constitutes the entire agreement of the parties concerning the subject matter hereof, and supersedes all prior agreements between the parties either written or oral.  Any amendments or modifications to this Agreement may be made only in a writing properly executed by the authorized representatives of all of the parties hereto (or subsequent assigns).

**Taran Tactical Innovations, LLC**                    **Adrian Cobb**

_____            _____
Taran Butler, Member                                      Adrian Cobb

Dated:_____8-13-15_____                  Dated:_____

*Jonathan Birdt, Esq.*
Law Office of Jonathan W. Birdt
18252 Bermuda Street
Porter Ranch, CA 91326
Phone: 818-400-4485
Fax:  818-428-1384
www.jonbirdt.com

Peer Review & Client Ratings


On Aug 13, 2015, at 3:44 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

Jon,

Just checking in to see if your client has signed yet.  We will send our client's signed copy as soon as we receive it.

Best Regards,

Jon

---

**From:** Jon Birmingham
**Sent:** Thursday, August 13, 2015 9:13 AM
**To:** 'Jonathan Birdt' <jon@jonbirdt.com>
**Cc:** Thomas Lebens <tom@fitcheven.com>
**Subject:** RE: Taran Tactical Innovations, LLC v. Adrian Cobb

Attached.

---

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Wednesday, August 12, 2015 5:09 PM
**To:** Jon Birmingham <Jbirmi@fitcheven.com>
**Cc:** Thomas Lebens <tom@fitcheven.com>
**Subject:** Re: Taran Tactical Innovations, LLC v. Adrian Cobb

Could you also send in final as a pdf.  Assuming the changes are not material I will get it signed in the morning.


On Aug 12, 2015, at 5:05 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

Jon,

Attached is the revised document, with redline used to indicate changes from the prior version you saw.

This has been approved by my client.  What about yours?

Best Regards,

Jon

---

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Wednesday, August 12, 2015 12:20 PM
**To:** Jon Birmingham <Jbirmi@fitcheven.com>
**Cc:** Thomas Lebens <tom@fitcheven.com>
**Subject:** Re: Taran Tactical Innovations, LLC v. Adrian Cobb

Paragraph 3 should read "licensed by Taran Tactical Innovations, LLC,  under" and otherwise fine.

Jon Birdt
818-400-4485


On Aug 12, 2015, at 12:00 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

> Jon,
>
> Attached is a draft settlement and license agreement.
>
> Please let me know if you have any questions or edits.
>
> We wanted to get this to you as soon as practicable, so please bear in mind that this is simply a draft, and not an offer than can be accepted.
>
> Best Regards,
>
> Jon
>
> ---
>
> **From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
> **Sent:** Tuesday, August 11, 2015 4:46 PM
> **To:** Jon Birmingham <Jbirmi@fitcheven.com>
> **Cc:** Thomas Lebens <tom@fitcheven.com>
> **Subject:** Re: Taran Tactical Innovations, LLC v. Adrian Cobb
>
> So long as the pin only engages the lip you have a deal.
>
> Jon Birdt
> 818-400-4485
>
>
> On Aug 11, 2015, at 4:32 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

Jon,

Our client declines your offer, and makes the following counter-proposal:

royalty free, paid up license, notice on web site, sticks with the side pin design (no limits on magazine type or make)

If you would like to discuss, please do not hesitate to contact me.

Best Regards,

Jon

---

**From:** Jonathan Birdt [mailto:jon@jonbirdt.com]
**Sent:** Tuesday, August 11, 2015 2:53 PM
**To:** Jon Birmingham <Jbirmi@fitcheven.com>
**Cc:** Thomas Lebens <tom@fitcheven.com>
**Subject:** Re: Taran Tactical Innovations, LLC v. Adrian Cobb

Jon,
I have confirmed my client will agree to settle on the following terms:
1. Your client can make side pin pads similar to the pads at issue in this litigation to fit his mags- can't fit any oem mag.
2.  "Under license from tti, U.S. Patent # xxxx" on all printed and electronic media.
3. Each to bear their own fees and costs.
If you reply with "agreed" we can submit a joint stipulation to dismiss pursuant to this agreement.
Jon

Jon Birdt
818-400-4485

On Aug 11, 2015, at 1:34 PM, Jon Birmingham <Jbirmi@fitcheven.com> wrote:

> Jon,
>
> Following up our discussions yesterday regarding settlement, my recollection is that your client would be willing to settle this dispute if my client stuck with the side pin

dispute if my client stuck with the side pin
configuration and designed the pads for use
with his magazines.  Is that correct?

Best Regards,

Jon

<Draft Letter to J_Birdt.pdf>

<TTI Cobb SETTLEMENT.doc>

<TTI Cobb SETTLEMENT.doc>