**JONATHAN W. BIRDT**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com
Attorney for Plaintiff

Jon A. Birmingham
Fitch, Even, Tabin & Flannery LLP
21700 Oxnard Street, Suite 1740
Los Angeles, California 91367
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taran Tactical Innovations, LLC ) | CASE NO. 2:15-cv-2889 |
| ) | |
| Plaintiff, ) | JOINT REQUEST FOR DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| Adrian Cobb ) | |
| Defendant. ) | |

The Parties respectfully request that the Court Dismiss this action with Prejudice pursuant to a Settlement between the Parties.

September 2, 2015:

/s/ _____
Jon A. Birmingham

/s/ _____
Jonathan W. Birdt

Joint Request for Dismissal - 1