JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAN TACTICAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ADRIAN COBB,<br><br>    Defendant. | Case No.: LACV 15-2889-GW(GJSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Taran Tactical Innovations, LLC ("Plaintiff"), and Defendant, Adrian Cobb ("Defendant"), have advised the Court that that they have resolved Plaintiff's claims for relief asserted against Defendant in this case. Plaintiff and Defendant have therefore requested that the Court dismiss the above-referenced action with prejudice commensurate with the scope of the Settlement and License Agreement between the parties. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice.

1   IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses
2 shall be borne by each party incurring the same.

4 Dated: September 8, 2015    _____
                                GEORGE H. WU, U.S. District Judge